# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE R. HUMPHRIES, | |
| Plaintiff, | Civil Action No. 18-2936 (JMC) |
| v. | |
| KURT NEWMAN, *et al.*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 18, is **GRANTED,** and accordingly, the complaint, ECF 1, is **DISMISSED** in its entirety. This is a final appealable order. The Clerk of Court shall terminate this case.

It is further **ORDERED** that Plaintiff's motions for discovery, ECF 25; ECF 39, are **DENIED**.

**SO ORDERED.**

DATE: March 2, 2022

_____
Jia M. Cobb
U.S. District Court Judge